**Habakkuk E.B. YOWEL, a/k/a Bartholomew Robinson, Plaintiff–Appellant,**

v.

**James S. GILMORE, III, Governor of Virginia; John H. Hager, Lieutenant Governor of Virginia; Mark L. Earley, former Attorney General of Virginia; Mark R. Davis, Senior Assistant Attorney General; R. Angelone, Director of Virginia Department of Corrections; Fred L. Finkbeiner, Chairman of Virginia Board of Corrections; R.A. Young, Regional Director of Virginia Department of Corrections; L.W. Jarvis, Warden, Bland Correctional Center, Defendants–Appellees.**

64

No. 02–6316.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Habakkuk E.B. Yowel, Appellant Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Habakkuk E.B. Yowel appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Yowel v. Gilmore,* No. CA–01–952–2 (E.D. Va., filed Feb. 6, 2002; entered Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*